UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05CR326

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| GORDON GEORGE | ) | |

On October 23, 2006, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts One, Two and Three in the bill of information. In those counts, defendant was charged with conspiracy, mail fraud, and money laundering conspiracy, respectively.

On January 12, 2007, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the affidavit submitted with a related application for a search warrant, Docket No. 3:03M99, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

a. Account No. 2000013981787 in the name of Principals Financial Mortgage Services ($99,191.87)

b. Account No. 2000013981790 in the name of Principals Financial Mortgage Services ($6,399.14)

c. Account No. 2000010388260 in the name of Vanguard Financial Services ($17,213.28)

d. Account No. 2000010388273 in the name of Vanguard Financial Services ($22,961.82)

e. Account No. 1010043112258 in the name of Gordon and Adrienne Y. George ($159,722.88)

f. Account No. 1010082380546 in the name of Gordon L. and Adrienne Y. George ($103,502.04)

Signed: March 22, 2007

Richard L. Voorhees
United States District Judge